UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUPERIOR SPORTS, LLC

       Plaintiff,                        Case No. 26-cv-11510
                                             Hon. Matthew F. Leitman

v.

SEROS ENTERPRISES, LLC

       Defendant.

_____/

## ORDER GRANTING PLAINTIFF LEAVE TO FILE A SECOND AMENDED COMPLAINT

On May 6, 2026, Plaintiff Superior Sports, LLC filed this action against Defendant Seros Enterprises, LLC (*See* Compl., ECF No. 1; First Am. Compl., ECF No. 4.)  Seros Enterprises has now filed a motion to dismiss, or, in the alternative, to transfer venue pursuant to Federal Rules of Civil Procedure 12(b)(2), (3), and (6). (*See* Mot. to Dismiss, ECF No. 12.)  While much of the motion is dedicated to arguments related to personal jurisdiction and venue, one of bases for dismissal under Rule 12(b)(6) is that Superior Sports has failed to plead sufficient facts in support of at least some of its claims. (*See id*., PageID.169-174.)

Without expressing any view regarding the merits of the motion to dismiss, the Court will grant Superior Sports the opportunity to file a Second Amended Complaint in order to remedy the alleged deficiencies in its claims identified by

Seros Enterprises in the motion to dismiss.  The Court does not anticipate allowing Superior Sports another opportunity to amend to add factual allegations that it could now include in a Second Amended Complaint.  Simply put, this is Superior Sports' opportunity to allege any and all additional facts, currently known to it, that may cure the alleged deficiencies in its claims.

By **July 10, 2026**, Superior Sports shall file a notice on the docket in this action notifying the Court and Seros Enterprises whether it will be filing a Second Amended Complaint.  If Superior Sports provides notice that it will be filing a Second Amended Complaint, it shall file that amended pleading by no later than **July 24, 2026**.  If Superior Sports provides notice that it will not be filing a Second Amended Complaint, it shall file a response to Seros Enterprises' pending motion to dismiss by no later than **July 24, 2026**.

Finally, if Superior Sports provides notice that it will be filing an amended pleading, the Court will terminate without prejudice Seros Enterprises' motion to dismiss as moot.  Seros Enterprises may re-file a motion to dismiss directed at the Second Amended Complaint if Seros Enterprises believes that such a motion is appropriate after reviewing that pleading.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  June 29, 2026

2

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 29, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

3