UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUPERIOR SPORTS, LLC

      Plaintiff,                              Case No. 26-cv-11510

                                                Hon. Matthew F. Leitman

v.

SEROS ENTERPRISES, LLC

      Defendant

_____/

## ORDER TERMINATING DEFENDANT'S MOTION TO DISMISS (ECF No. 12) WITHOUT PREJUDICE

On May 6, 2026, Plaintiff Superior Sports, LLC filed this action against Defendant Seros Enterprises, LLC (*See* Compl., ECF No. 1; First Am. Compl., ECF No. 4.)  Seros Enterprises then filed a motion to dismiss, or, in the alternative, to transfer venue pursuant to Federal Rules of Civil Procedure 12(b)(2), (3), and (6). (*See* Mot. to Dismiss, ECF No. 12.)

On June 29, 2026, without expressing any view regarding the merits of the motion to dismiss, the Court granted Superior Sports the opportunity to file a Second Amended Complaint in order to remedy the alleged deficiencies in its claims identified by Seros Enterprises in the motion to dismiss. (*See* Order, ECF No. 13.) The Court informed the parties that if Superior Sports decided to file such an amended pleading, it would terminate Seros Enterprises' currently-pending motion to dismiss without prejudice. (*See id.*)

1

On July 8, 2026, Superior Sports filed a notice that it intends to file a Second Amended Complaint. (*See* Notice, ECF No. 14.)   Accordingly, the Court **TERMINATES** Seros Enterprises' now-pending motion to dismiss (ECF No. 12) **WITHOUT PREJUDICE**.   Seros Enterprises may re-file a motion to dismiss directed at the Second Amended Complaint if it believes that such a motion is appropriate after reviewing that pleading.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  July 8, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 8, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2